Bernard T. King
Charles E. Blitman
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld
Daniel R. Brice
Brian J. LaClair
Bryan T. Arnault
Nolan J. Lafler
Paul K. Brown

Nathan H. Blitman
(1909-1990)

Robert L. Menard
Matthew T. Tokarsky
F. Wesley Turner

*Of Counsel*
James R. LaVaute
Jules L. Smith
Donald D. Oliver
Richard S. Corenthal
Jennifer A. Clark

bklawyers.com

# Blitman & King LLP

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

1441 Broadway, Suite 5062
New York, New York 10018
Tel: (212) 643-2672
Fax: (929) 219-3707

February 21, 2024
dekornfeld@bklaywers.com

**VIA ELECTRONIC FILING & REGULAR MAIL**

Federal Building & United States Courthouse
Attn: Hon. Kenneth M. Karas
300 Quarropas Street, Courtroom 621
White Plains, New York 10601-4150

      Re:    **Teamsters Local 456 Pension Fund, et al. v. Derosa Tennis, LLC**
               Civil Action No.: 7:11-cv-5946 (KMK)

Dear Judge Karas:

This firm represents the Teamsters Local 456 Funds although it did not handle the above referenced case. In any event, this letter responds to the February 14, 2024 Order [Docket No. 22]. A copy of that Order is enclosed for your convenience.

While this firm did not litigate these claims, our clients reviewed their records to respond to the Court's Order. Apparently, the Funds' claims for $19,228.00 against DeRosa Tennis, LLC were discharged by the Bankruptcy Court on October 6, 2014. *See In re DeRosa Tennis, LLC*, Case No.: 12-24020 (rdd) (Bank. S.D.N.Y.). Consequently, the Plaintiffs respectfully request that the District Court dismiss its case in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Thank you for your consideration of this response to the Order.

In light of this letter, the case is dismissed
and the Clerk is asked to close this case.

Respectfully submitted,

So Ordered.

*/s/ Kenneth M. Karas*
2/22/24

**BLITMAN & KING LLP**

*/s/ Daniel Kornfeld*

Daniel Kornfeld



February 21, 2024
Page 2

DEK/tss
Enclosures

cc: Brenda Ritch, Fund Administrator (w/enc.)
Teamster Local 456 Funds
160 South Central Ave.
Elmsford, New York 10523

4882-4036-9831, v. 1